**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 03-cr-00477-WDM-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

RYAN MICHAEL BURKE

       Defendant.

_____

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

_____

       On March 16, 2007, upon the report and recommendation of the probation officer, the defendant has satisfied and complied with all conditions of supervised release ordered by the Court.  Accordingly, it is

       ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

       DATED at Denver, Colorado, this 19th day of March, 2007.


                      BY THE COURT:

                      s/ Walker D. Miller

                      _____
                      Walker D. Miller
                      United States District Judge